[redacted]

[redacted]

**STATE of Missouri, Respondent,**

**v.**

**Vernell ROOKS, Appellant.**

**No. WD 46730.**

Missouri Court of Appeals, Western District.

Nov. 23, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 28, 1993.

Application to Transfer Denied Feb. 22, 1994.

[redacted]

3. Respondents' motion to strike portions of appellants' brief was ordered taken with the case. It is overruled and denied.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., for respondent.

Before KENNEDY, P.J., and ULRICH and SPINDEN, JJ.

### ORDER

PER CURIAM:

Vernell Rooks appeals from conviction of robbery in the first degree, § 569.020, RSMo 1986, and armed criminal action, § 571.015, RSMo 1986, and concurrent ten-year sentences on each count, to run consecutively to Vernell Rooks' Kansas sentences. The judgment of conviction is affirmed. Rule 30.-25(b).